**JS 6**

# IN AND FOR THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SERRANO, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> JP MORGAN CHASE BANK, N.A. F/K/A/ ) <br> WASHINGTON MUTUAL BANK, F.A.; ) <br> QUALITY LOAN SERVICE ) <br> CORPORATION; PARAMOUNT ) <br> RESIDENTIAL MORTGAGE GROUP INC.; ) <br> FEDERAL HOME LOAN MORTGAGE ) <br> CORPORATION; DOES 1 THROUGH 100, ) <br> INCLUSIVE ) <br> ) <br> Defendants. ) | Case No. 2:13-cv-07696-DSF-RZ <br><br> **ORDER GRANTING PLAINITFF'S NOTICE TO DISMISS ACTION, WITH OUT PREJUDICE** <br><br><br> [Pursuant to F.R.C.P. 41(a)(1)] <br><br> Complaint Filed: October 17, 2013 <br> FAC Filed: January 8, 2014 <br> Trial Date: None Set |

/ / /

/ / /

1

1    In consideration of Plaintiff's Notice to Dismiss the Action, without prejudice, pursuant
2    to Federal Rule Civil Procedure 41(a)(1), hereby enters the following order:

Plaintiff's action is dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated: ___2/7/14_____    _____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer